**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

MARCOS CALCANO, *on behalf of himself and all other persons similarly situated*,

                      Plaintiff,

    -against-

CANADA GOOSE US, INC.,

                      Defendant.

------------------------------------- x



ORDER

19 Civ. 11227 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request for a second extension of time to respond to the complaint and for an adjournment of the initial conference, (ECF No. 12), is GRANTED.

Defendant's response is due by April 17, 2020. The initial conference is adjourned from March 25, 2020 to April 29, 2020 at 9:30 am.

Dated: New York, New York
       March 12, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge