UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, on behalf of himself
and all other persons similarly situated,

                  Plaintiffs,

-against-

CANADA GOOSE US, INC.,

                  Defendant.

No. 1:19-cv-11227-GBD

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

Dated: June 29, 2020
New York, New York

GOTTLIEB & ASSOCIATES

_____
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, New York 10003
Phone: (212) 228-9795
NYJG@aol.com
*Attorneys for Plaintiffs*

MORRISON COHEN LLP

_____
Fred H. Perkins, Esq.
909 Third Avenue
New York, New York 10022
Phone: (212) 735-8647
fhperkins@morrisoncohen.com
*Attorneys for Defendant*